UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) CASE NO.: 1:18-cv-03843-JMS-MJD |
| Plaintiff, | ) ) |
| vs. | ) ) |
| PLAINFIELD POINTE, LLC, an Indiana Limited Liability Company, | ) ) ) |
| Defendant. | ) ) / |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Tooley and Plainfield Pointe, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: April 3, 2019

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Phone: (305) 891-1322
Fax: (305) 891-4512
Email: Louis@KuMussman.com

Respectfully Submitted,

*/s/ Jeffrey E. Ramsey*
Jeffrey E. Ramsey
Attorney No. 6625-49
Blackwell, Burke, & Ramsey, P.C.
101 West Ohio Street, Suite 1700
Indianapolis, Indiana   46204-5170
Telephone (317) 635-5005
jramsey@bbrlawpc.com

*Attorneys for Defendant*

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following counsel of record:

Jeffrey E. Ramsey
Blackwell, Burke, & Ramsey, P.C.
101 West Ohio Street, Suite 1700
Indianapolis, Indiana 46204-5170

By: */s/ Louis I. Mussman*
     Louis I. Mussman